IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM J. CHAFFIN JR. | Criminal No. 15-256<br><br>**[UNDER SEAL]** |

ARRAIGNMENT PLEA

Defendant WILLIAM J. CHAFFIN JR.

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 \_\_\_\_\_

_____
(Defendant's Signature)


_____
(Attorney for Defendant)